# UNITED STATES DISTRICT COURT

EASTERN   **District of**   CALIFORNIA

| | |
|---|---|
| ANGELICA FELIX,<br>　　　　　Plaintiff<br><br>　　　　　V.<br><br>JO ANNE BARNHART,<br><br>　　　　　Defendant | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:05-at-00627 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

　　X   The clerk is directed to file the complaint.

　　X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   24   day of   May  ,   2005  .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Dockets.Justia.com