# UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

| | |
|---|---|
| ANGELICA FELIX, | **ORDER ON APPLICATION** |
|     Plaintiff | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
| V. | |
| JO ANNE BARNHART, | |
| | CASE NUMBER: 1:05-at-00627 |
|     Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

ENTER this    24    day of    May   ,    2005   .

                                            /s/ Sandra M. Snyder
                                          Signature of Judicial Officer

                                          SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                          Name and Title of Judicial Officer