UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELICA M. FELIX, | ) | 1:05-cv-00672-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER REQUIRING COMPLIANCE WITH SCHEDULING ORDER** |
| | ) | (Doc. 6) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding with counsel in this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for benefits.

On January 10, 2006, plaintiff filed an Opening Brief (Doc. 21), which the Court has reviewed. The Court finds that the Opening Brief fails to comply with paragraph 11 of the Court's Scheduling Order (Doc. 6) that issued on May 24, 2005, and that was served on plaintiff.

The Court, on its own motion, hereby grants plaintiff an extension of time within which to comply with the directions of the Court set forth in the Scheduling Order.

1

1  Accordingly, it is HEREBY ORDERED that plaintiff file an
2 Amended Opening Brief that complies with the requirements set
3 forth in paragraph 11 of the Scheduling Order on or before
4 February 27, 2006.
5  Defendant need not respond to plaintiff's Opening Brief
6 filed January 10, 2006.  However, unless otherwise ordered by the
7 Court, defendant must respond to plaintiff's Amended Opening
8 Brief by filing a responsive brief no later than **thirty (30) days**
9 from the date of service of plaintiff's Amended Opening Brief.
10 All other deadlines set forth in the Scheduling Order shall apply
11 and remain in full force and effect.
12  Plaintiff is forewarned that failure to comply with an order
13 of the Court may result in sanctions, including dismissal,
14 pursuant to the inherent power of the Court or the Federal Rules
15 of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110;
16 Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).
17  Plaintiff is further informed that failure to timely file an
18 Amended Opening Brief, pursuant to this Order, in compliance with
19 the requirements of paragraph 11 of the Scheduling Order, will
20 result in dismissal of this action for plaintiff's failure to
21 comply with an order of the Court.
22 IT IS SO ORDERED.
23 **Dated:   February 6, 2006**             /s/ Sandra M. Snyder
   icido3                          UNITED STATES MAGISTRATE JUDGE